**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KHUSHVAKT SATTOROV,

Petitioner,

v.

ERNESTO SANTACRUZ, JR., *et al.*,

Respondents.

Case No. 5:26-cv-03128-DMK

**MEMORANDUM AND ORDER GRANTING PETITION [1] AND ORDERING RELEASE FORTHWITH AND DENYING AS MOOT REQUEST FOR RULING ON PETITION [13]**

On June 8, 2026, petitioner Khushvakt Sattorov, a citizen of Uzbekistan and immigration detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention at the Adelanto ICE Processing Center. ECF 1. On June 15, 2026, Respondents filed an Answer to the Petition, to which Petitioner filed a Reply on June 18, 2026. ECF 10, 11.

Petitioner then filed a Request for Ruling on the Petition on July 28, 2026. ECF 13. Respondents filed a Response to the Request on August 20, 2026, and Petitioner filed a Reply on August 24, 2026. ECF 16, 17.

The Court heard oral argument from the parties on August 25, 2026.

//

For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1) The Petition is GRANTED.

2) Respondents are DIRECTED to release Petitioner Khushvakt Sattorov (A# 241-325-706) FORTHWITH on conditions no more restrictive than those in effect when he was most recently detained. This Order does not provide Petitioner with blanket immunity from future detention, but any future enforcement actions after release must comply with due process requirements.

3) Respondents are DIRECTED to return to Petitioner at the time of his release all confiscated documents and possessions.

DATED: August 25, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE